UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CLINTON C. BARLOW, III,

                    Plaintiff,

     -against-                          5:17-CV-498 (LEK/DEP)

SYRACUSE UNIVERSITY LAW
SCHOOL, *et al.*,

                    Defendants.

## ORDER

This matter comes before the Court following a Report-Recommendation filed on June 14, 2017, by the Honorable David E. Peebles, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3. Dkt. No. 7 ("Report-Recommendation").

Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b); L.R. 72.1(c). If no objections are made, or if an objection is general, conclusory, perfunctory, or a mere reiteration of an argument made to the magistrate judge, a district court need review that aspect of a report-recommendation only for clear error. Barnes v. Prack, No. 11-CV-857, 2013 WL 1121353, at *1 (N.D.N.Y. Mar. 18, 2013); Farid v. Bouey, 554 F. Supp. 2d 301, 306–07, 306 n.2 (N.D.N.Y. 2008), overruled on other grounds by Widomski v. State Univ. of N.Y. (SUNY) at Orange, 748 F.3d 471 (2d Cir. 2014); see also Machicote v. Ercole, No. 06-CV-13320, 2011 WL 3809920, at *2 (S.D.N.Y. Aug. 25, 2011) ("[E]ven a *pro se* party's objections to a Report and Recommendation must be specific and clearly aimed at particular findings in the magistrate's proposal, such that no party

be allowed a second bite at the apple by simply relitigating a prior argument." (quoting Howell v.

Port Chester Police Station, No. 09-CV-1651, 2010 WL 930981, at *1 (S.D.N.Y. Mar. 15,

2010))). "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." § 636(b).

No objections were filed in the allotted time period. Docket. The Court has therefore

reviewed the Report-Recommendation for clear error and has found none.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 7) is **APPROVED and**

**ADOPTED in its entirety**; and it is further

**ORDERED**, that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** as frivolous under

28 U.S.C. § 1915(e) without leave to amend; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order on Plaintiff in

accordance with the Local Rules.

**IT IS SO ORDERED.**

DATED:      July 28, 2017
            Albany, New York

Lawrence E. Kahn
U.S. District Judge